JOSEPH MEIGHAN, Respondent, *v.* THE EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.

*Meighan* v. *Emigrant Industrial Savings Bank*, 168 App. Div. 542, affirmed.

(Submitted November 28, 1917; decided December 18, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1915, affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover the amount to the credit of a savings bank account standing in the name of plaintiff. The defense was that the Banking Law and the by-laws of the defendant, subject to which the account was opened, required the presentation of the pass book and that this was not done. The plaintiff alleged in his complaint that the pass book was unlawfully taken from his possession and that he had been unable to procure or recover possession of the same.

*Richard O'Gorman* for appellant.
*Richard J. Donovan* and *Herbert D. Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.